1  Howard I. Miller (State Bar No. 251878)
2  (howie18@sbcglobal.net)
   LAW OFFICES OF HOWARD MILLER
3  539 Neilson Street
4  Berkeley, California 94707
   Telephone:  (510) 543-8784
5
6  Attorney for Plaintiff
   AVI STACHENFELD
7

8                UNITED STATES DISTRICT COURT
9            FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11 AVI STACHENFELD,                  Case No. CV-14-02614 MEJ
12                                   **STIPULATED DISMISSAL**
                        Plaintiff,   **WITH PREJUDICE AND**
13                                   **[PROPOSED] ORDER**
   vs.
14

15

16 CICLISMO CLASSICO, INC.

17                      Defendant.

18

19           **STIPULATION AND ORDER OF DISMISSAL**

20      In accordance with the settlement of this action entered into between the

21
22 parties, and the Release of All Claims executed by Plaintiff on February 17, 2015,

23 and the Court being hereby so advised;

24

25      IT IS ORDERED that this matter is DISMISSED with prejudice and without

26 costs to either party.

27

28

- 1 -

STIPULATED DISMISSAL                         CASE NO. cv-14-02614 MEJ

| | | |
|---|---|---|
| 1 | DATED: March 26, 2015 | LAW OFFICES OF HOWARD MILLER |
| 2 | | |
| 3 | | By:      /s/ Howard I. Miller |
| | | Howard I. Miller |
| 4 | | Attorneys for Plaintiff |
| 5 | | AVI STACHENFELD |
| 6 | DATED: March 26, 2015 | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| 7 | | |
| 8 | | By:      /s/ Cherie J. Edson |
| | | Sasha M. Cummings |
| 9 | | Cherie J. Edson |
| 10 | | Attorneys for Defendant |
| | | CICLISMO CLASSICO, INC. |

SO ORDERED.

DATED: March 27, 2015

_____
Honorable Maria-Elena James
UNITED STATES MAGISTRATE JUDGE

### ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

I, Howard I Miller, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 26, 2015, in Berkeley, California.

By:      /s/ Howard I. Miller
Howard I. Miller